FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Mar 31 2025

KEVIN P. WEIMER, Clerk

By: Lisa Glaser
    Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Anton Mayhew a/k/a Anton Peyton

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-330

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 28, 2020 in DeKalb County, in the Northern District of Georgia, defendant did, knowing that he had been previously convicted of at least one of the following offenses punishable by imprisonment for a term exceeding one year:

- theft of property, on or about January 5, 2005, in the Criminal Court of Shelby County, Tennessee;
- aggravated robbery, on or about January 5, 2005, in the Criminal Court of Shelby County, Tennessee;
- aggravated robbery, on or about January 5, 2005, in the Criminal Court of Shelby County, Tennessee; and
- aggravated robbery, on or about Sept. 10, 2009, in the Criminal Court of Shelby County, Tennessee;

did knowingly possess a firearm, that is, an FN Herstal, Model Five-SeveN, 5.7x28 caliber pistol, said possession being in and affecting interstate and foreign commerce

in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_Signature of Complainant_
Zachary A. Upton

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

March 31, 2025                                at   Atlanta, Georgia
Date                                                City and State

JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                  Signature of Judicial Officer
AUSA Cathelynn Tio / 2024R01012 /
cathelynn.tio@usdoj.gov

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Mar 31 2025

KEVIN P. WEIMER, Clerk

By: Lisa Glaser
    Deputy Clerk

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Zachary A. Upton, being duly sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1, state as follows:

## INTRODUCTION

1. I am an investigator and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and am empowered to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Title 26, United States Code, and other violations of federal law.

2. I make this affidavit in support of an application for the issuance of a criminal complaint and arrest warrant for Anton MAYHEW aka Anton Peyton for violating Title 18, United States Code, Section 922(g)(1).

## AGENT BACKGROUND

3. I am currently employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since 2020. As an ATF SA, I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and have completed specialized training in the fields of firearms, explosives and arson, and the Federal laws and regulations pertaining thereto, through the ATF SA Basic Training Academy. I have been assigned to Atlanta Group VII, where my duties include the investigation and enforcement of violations of firearms laws and associated violations encountered in the course of these duties.

4. From 2009-2015, I was employed as a Tennessee P.O.S.T. certified Peace Officer with the Clarksville (Tennessee) Police Department. During my years of service with the Clarksville Police Department, I served three and a half years as a Patrol Officer. I then spent two

and a half years as a Narcotics Agent where my duties consisted of investigating narcotics offenses through the use of surveillance, traffic enforcement, the execution of search and arrest warrants, Title III intercepts, subpoenas, the use of confidential informants, and interviews.

5. From 2015 until I became a SA with ATF, I was employed as a Georgia P.O.S.T. certified Peace Officer with the Johns Creek Police Department (JCPD). I served as a Patrol Officer for one year before becoming a Narcotics Agent with the JCPD Community Response Team (CRT) and the Johns Creek, Alpharetta, Forsyth County (JCAF) Drug Task Force. On the JCAF Drug Task Force, my responsibilities included investigating narcotics offenses through the use of surveillance, the execution of search and arrest warrants, subpoenas, the use of confidential informants, and interviews.

6. I also hold a Bachelor's degree in Public Management, with a criminal justice concentration, from Austin Peay State University, located in Clarksville, TN.

7. In connection with my law enforcement duties, I have conducted and participated in investigations concerning firearms possession by prohibited persons, firearms trafficking, and narcotics trafficking. I am personally familiar with and have used many of the traditional investigatory methods, including visual surveillance, electronic surveillance, informants, witness and subject interviews, and undercover operations. I have interviewed suspects and witnesses to firearms and narcotics related cases who have described to me the techniques that individuals use to sell and distribute firearms and narcotics.

**SOURCES OF INFORMATION**

8. The information contained in this affidavit is based on my own personal knowledge of this case, as well as information relayed to me by other law enforcement authorities and sources of information. The facts relayed in this affidavit do not reflect the totality of information known

to me or other agents, merely an amount sufficient to establish the probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a warrant should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this affidavit in support of the application for a search warrant.

9. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken. Such statements are stated in substance, unless otherwise indicated. Wherever in this affidavit I state a belief, such belief is based upon my training and experience and the information obtained through this investigation.

## PROBABLE CAUSE

10. On April 28, 2020, the DeKalb County Police Department (DKPD) received a call at 5095 Stone Mill Way (Citgo Gas Station) in relation to narcotic sales at the location. The complaint stated that four (4) black males were on the side of the business loitering and selling narcotics. DKPD Officer Bradley O'Brien stated in his report that the location is a known "drug hot spot".

11. Officer O'Brien had access to a camera system overlooking the gas station and was able to observe three (3) black males on the side of the building approaching people and vehicles. Based on this description, I believe the officers thought they were witnessing ongoing drug transactions.

12. Multiple officers entered the complex behind the Citgo gas station and onto Bent Tree Loop due to individuals who fled on foot into abandoned apartments on previous occasions.

13. When marked patrol units pulled into the property, multiple subjects fled on foot towards Bent Tree Loop. Two of the subjects, one being Anton MAYHEW, were by the fence

line and also fled at the sight of police. Officers pursued on foot and gave commands for the individuals to stop running.

14. MAYHEW was pursued on foot towards the abandoned apartment at 5086 Bent Tree Loop, where he entered the rear door. While running, MAYHEW was observed with a red bag around his mid-section. Officers on the front side of the apartment observed MAYHEW opening the front door of the apartment. MAYHEW then closed the door and went through the apartment to the rear door, at which point he surrendered to police in the threshold, without the red bag. Less than one minute elapsed between MAYHEW being observed with the red bag and his surrender.

15. Following a protective sweep of the apartment, the red bag that MAYHEW was carrying was located by police just outside of the front door of 5086 Bent Tree Loop. Less than 9 minutes elapsed between MAYHEW running into the apartment with the red bag and the discovery of the red bag by police, and officers located at the front and rear of the apartment did not observe anyone entering or exiting the abandoned apartment during that time. A search of the bag yielded a FN Five-Seven, 5.7 x 28 pistol, serial number 386370983 with 2 magazines loaded with a total of approximately 40 rounds of ammunition. The bag also contained a pill bottle with a worn label that contained 89 small blue pills scored "M/30." Officers on scene preliminarily identified them as Oxycodone. A plastic bag containing 29 pre-packaged smaller plastic baggies of suspected marijuana totaling 59.42 grams, a digital scale, 1 bag of suspected loose marijuana totaling 24.4 grams, another bag containing 69.5 grams of suspected marijuana, and $352.00 in US Currency was also located inside of the bag. Officers found no other occupants in the apartment during the protective sweep.

16. Officers on scene ran MAYHEW through NCIC and learned that he was wanted for a Parole Violation for two (2) counts of Aggravated Robbery out of Memphis, Tennessee.

17. MAYHEW was booked into the DeKalb County Jail on the outstanding warrants and charged with Possession of Marijuana with Intent to Distribute, Possession of a Schedule II Controlled Substance, Possession of a Firearm During the Commission of a Felony, Possession of a Firearm by Convicted Felon, and Willful Obstruction of Law Enforcement.

18. According to Shelby County, Tennessee court documents, MAYHEW has been convicted of the following felony offenses:

- Two counts of aggravated Robbery (Case #07-00039) on Sept. 10, 2009
- Aggravated Robbery (Case #02-09526) on January 5, 2005
- Aggravated Assault (Case #02-09526) on January 5, 2005
- Aggravated Robbery (Case #02-09525) on January 5, 2005
- Criminal Attempt Aggravated Robbery (Case #02-09525) on January 5, 2005
- Theft of property (Case #03-04092) on January 5, 2005

19. On March 13, 2025, SA Upton spoke with ATF SA and Interstate Nexus Expert Daniel Klein about the firearm. SA Klein advised that FN Five-Seven pistols are not manufactured in the State of Georgia. SA Upton reviewed ATF eTrace data that showed the firearm was sold to an individual in Memphis, Tennessee on February 26, 2020. Due to this information, the firearm has been shipped or transported in interstate or foreign commerce.

## **CONCLUSION**

20. Based on the foregoing, my training and experience, and information obtained through the investigation to date, I respectfully submit there is probable cause to believe that Anton MAYHEW aka Anton Peyton violated Title 18, United States Code, and Section 922(g)(1).

**END OF AFFIDAVIT**